**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: 23ANDME, INC., Customer Data Security Breach Litigation | MDL No. 3098 |

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 18, 2024, copies of the foregoing Plaintiff Thomas Vickery's Response in Opposition to Motion for Transfer and Consolidation Pursuant to 28 U.S.C. § 1407 was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notification of such filing to all counsel of record registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

**Counsel for Parties Served via ECF:**

| | |
|---|---|
| **Santana, et al. v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05147-EMC)<br>**Northern District of California**<br><br>Scott Edelsberg<br>EDELSBERG LAW, P.A.<br>scott@edelsberglaw.com<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>Telephone: 305-975-3320<br><br>Andrew J. Shamis<br>SHAMIS & GENTILE, P.A.<br>14 NE 1st Avenue, Suite 400<br>Miami, FL 33132<br>Telephone: 305-479-2299<br>ashamis@shamisgentile.com<br><br>**Attorneys for Plaintiffs Monica Santana and Paula Kleynburd** | **Lamons v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05178-EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>ggranade@reesellp.com<br><br>Charles D. Moore REESE LLP<br>cmoore@reesellp.com<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>Kevin Laukaitis<br>LAUKAITIS LAW LLC |

| | |
|---|---|
| | klaukaitis@laukaitis.com<br>954 Avenida Ponce De Leon Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Kerry Lamons** |
| **Eden et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05200-EMC)<br>**Northern District of California**<br><br>Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>memert@kgglaw.com<br>ggraifman@kgglaw.com<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>dcasey@cglaw.com<br>Gayle M. Blatt<br>gmb@cglaw.com<br>P. Camille Guerra<br>camille@cglaw.com<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br><br>**Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | **J.S. et al v. 23andMe, Inc., et al.**<br>(Case No. 3:23-cv-05234-EMC)<br>**Northern District of California**<br><br>Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>sharon@zinnslaw.com<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>mbrady@mcshanebradylaw.com<br>lmcshane@mcshanebradylaw.com<br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L** |
| **Mirza v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California**<br><br>Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>ak@kazlg.com | **Navarro v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California**<br><br>Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607 |

| | |
|---|---|
| mona@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>**Attorneys for Plaintiff Haris Mirza** | Telephone: (510) 891-9800<br>Facsimile: (510) 891-7030<br>sec@colevannote.com<br>lvn@colevannote.com<br><br>**Attorneys for Plaintiffs Katianne Navarro and Michael Blackwell** |
| **Greenberg v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05302-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>402 W Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel.: (858) 209-6941<br>jnelson@milberg.com<br><br>Jeff Ostrow<br>KOPELOWITZ OSTROW FERGUSON<br>WEISELBERG GILBERT<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>ostrow@kolawyers.com<br><br>**Attorneys for Plaintiff Caroline Greenberg** | **Friend v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05323-EMC)<br>**Northern District of California**<br><br>Kaveh S. Elihu<br>Saima Ali Gipson<br>1001 Wilshire Boulevard<br>Los Angeles, California 90017<br>Telephone: (213) 382-2222<br>Facsimile: (213) 382-2230<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>kelihu@ejlglaw.com<br>sali@ejlglaw.com<br><br>**Attorneys for Plaintiffs Nichole Friend, Aaron Parra, and Mari Rajamin** |
| **Hoffman et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05332-EMC)<br>**Northern District of California**<br><br>John J. Nelson<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>402 W. Broadway, Suite 1760<br>San Diego, California 9<br>Tel.: (858) 209-6941<br>jnelson@milberg.com<br><br>Marc E. Dann<br>DANNLAW<br>25 North Street<br>Dublin, Ohio 43017<br>mdann@dannlaw.com<br><br>Thomas A. Zimmerman, Jr.<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220 | **Farmer v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05341-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>Benjamin H. Kleine<br>KLEINE PC<br>95 Third Street, 2nd<br>Floor, #9048<br>San Francisco, CA 94103<br>Telephone: 415-465-5655<br>ben@kleinepc.com |

| | | |
|---|---|---|
| 1 | Chicago, Illinois 60602 | **Attorneys for Plaintiff Adriane Farmer** |
| 2 | (312) 440-0020 telephone | |
| | (312) 440-4180 facsimile | |
| 3 | tom@attorneyzim.com | |
| 4 | **Attorneys for Plaintiffs Alexandra Hoffman and Alexandra Klawitter** | |
| 5 | **Berman et al v. 23andMe, Inc.** | **Tulchinsky v. 23andMe, Inc.** |
| | (Case No. 3:23-cv-05345-EMC) | (Case No. 3:23-cv-05369-EMC) |
| 6 | **Northern District of California** | **Northern District of California** |
| 7 | Ross M. Good | Michael R. Reese |
| 8 | LOFTUS & EISENBERG, LTD. | mreese@reesellp.com |
| | 161 N. Clark, Suite 1600 | 100 West 93rd Street, 16th Floor |
| 9 | Chicago, Illinois 60601 | New York, New York 10025 |
| | T: (312) 889-6625 | Telephone: (212) 643-0500 |
| 10 | ross@loftusandeisenberg.com | George V. Granade |
| 11 | William Aron ARON LAW FIRM | ggrandade@reesellp.com |
| | 15 W Carrillo St, Suite 217 | 8484 Wilshire Boulevard, Suite 515 |
| 12 | Santa Barbara, | Los Angeles, California 90211 |
| | CA 93101 | Telephone: (310) 393-0070 |
| 13 | T: (805) 618-1768 | |
| 14 | bill@aronlawfirm.com | Charles D. Moore |
| | | REESE LLP |
| 15 | **Attorneys for Plaintiffs Melanie Berman,** | cmoore@reesellp.com |
| | **Lisa Jones, Lyon Leifer, Kathleen** | 100 South 5th Street, Suite 1900 |
| 16 | **Canfield Loftus, Julia Hawkins** | Minneapolis, Minnesota 55402 |
| | | Telephone: (212) 643-0500 |
| 17 | | |
| 18 | | Courtney L. Weiner |
| | | LAW OFFICE OF COURTNEY WEINER PLLC |
| 19 | | cw@courtneyweinerlaw.com |
| 20 | | 1629 K St. NW, Suite 300 |
| | | Washington, DC 20006 |
| 21 | | Telephone: (202) 827-9980 |
| 22 | | **Attorneys for Plaintiff David Tulchinsky** |
| 23 | **Seikel v. 23andMe, Inc.** | **Fralix v. 23andMe, Inc.** |
| | (Case No. 3:23-cv-05419-EMC) | (Case No. 3:23-cv-05439-EMC) |
| 24 | **Northern District of California** | **Northern District of California** |
| 25 | Ben F. Pierce Gore | Eric M. Poulin |
| 26 | PIERCE GORE LAW FIRM, PC | eric.poulin@poulinwilley.com |
| | 315 Montgomery Street | Blake G. Abbott |
| 27 | 10th Floor | blake.abbott@poulinwilley.com |
| | San Francisco, CA 94104 | Paul J. Doolittle |
| 28 | (408) 806-4600 | paul.doolittle@poulinwilley.com |

| | |
|---|---|
| piercegore@gmail.com<br><br>Charles J. LaDuca Brendan Thompson<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW Suite 200<br>Washington, DC 20016 (202) 789-3960<br>charles@cuneolaw.com;<br>brendan@cuneolaw.com<br><br>Charles Barrett<br>Daniella Bhadare-Valente<br>Morgan L. Burkett<br>NEAL & HARWELL, PLC<br>1201 Demonbreun St.<br>Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>cbarrett@nealharwell.com<br>dbhadare-valente@nealharwell.com<br>mburkett@nealharwell.com<br><br>**Attorneys for Plaintiff Stephen L. Seikel** | 32 Ann Street<br>Charleston, SC 29403<br>Telephone: (803) 222-2222<br>Fax: (843) 494-5536<br>POULIN WILLEY ANASTOPOULO, LLC<br><br>John Christian<br>yanni@bohrenlaw.com<br>8560 West Sunset Boulevard, 4th Floor<br>West Hollywood, CA 90069<br>Tel: 619-433-2803<br>Fax: 800-867-6779<br>Bohren BOHREN LAW, APC<br>**Attorneys for Plaintiff Elaine Fralix** |
| Velez v. 23andMe, Inc.<br>(Case No. 3:23-cv-05464-EMC)<br>Northern District of California<br>Karen Hanson Riebel<br>Kate Baxter-Kauf<br>Maureen Kane Berg<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Square, Suite 2200<br>Minneapolis, Minnesota 55401<br>Telephone: 612-339-6900<br>Facsimile: 612-339-0981<br>khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br>mkberg@locklaw.com<br>Gayle M. Blatt<br>P. Camille Guerra<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619-238-1811<br>Facsimile: 619-544-9232<br>gmb@cglaw.com<br>camille@cglaw.com<br>Gary F. Lynch | **Smith v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05548-EMC)<br>**Northern District of California**<br><br>Nicholas A. Migliaccio<br>412 H Street NE, no. 302,<br>Washington, DC, 20002<br>Office: (202) 470-3520<br>nmigliaccio@classlawdc.com<br><br>Jason S. Rathod<br>jrathod@classlawdc.com<br><br>Matthew Smith<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>MIGLIACCIO & RATHOD LLP<br>msmith@classlawdc.com<br><br>**Attorneys for Plaintiff Laquisha Smith** |

| | | |
|---|---|---|
| 1 | LYNCH CARPENTER, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburg, PA 15222<br>Telephone: 412-322-9243<br>Facsimile: 412-231-0246<br>gary@lcllp.com<br><br>**Attorneys for Plaintiff Harold Velez** | |
| 2-5 | **Alperstein et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05541-EMC)<br>**Northern District of California**<br>CLARKSON LAW FIRM, P.C.<br>Ryan J. Clarkson<br>rclarkson@clarksonlawfirm.com<br>Yana Hart<br>yhart@clarksonlawfirm.com<br>Tiara Avaness<br>tavaness@clarksonlawfirm.com<br>Valter Malkhasyan<br>vmalkhasyan@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**Attorneys for Plaintiffs Max Alperstein and Arya Shoaee** | **Furia v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05565-EMC)<br>**Northern District of California**<br>Matthew Smith<br>MIGLIACCIO & RATHOD LLP<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (831) 687-8255<br>msmith@classlawdc.com<br><br>Daniel E. Gustafson<br>David A. Goodwin<br>Matt Jacobs<br>GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com<br>mjacos@gustafsongluek.com<br><br>**Attorneys for Plaintiff Nicholas Furia** |
| | **Schutz v. 23andMe Inc.**<br>(Case No. 3:23-cv-05579)<br>**Northern District of California**<br><br>KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow | **Vickery v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05635-EMC)<br>**Northern District of California**<br><br>Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLP<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599<br>byrd@whafh.com<br><br>Jon Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| 1 | Anthony L. Parkhill | Telephone: 310/278-2600 |
| 2 | 205 West Randolph Street, Suite 1630 | Facsimile: 310/278-2640 |
| | Chicago, IL 60606 | jtostrud@tostrudlaw.com |
| 3 | Telephone: 312-621-2000 | |
| | Facsimile: 312-641-5504 | Erik H. Langeland |
| 4 | Email: b.barnow@barnowlaw.com | ERIK H. LANGELAND, P.C. |
| | aparkhill@barnowlaw.com | 733 Third Avenue, 16th Floor |
| 5 | | New York, NY. 10017 |
| | **Attorneys for Plaintiff Michael Schutz,** | Telephone: (212) 354-6270 |
| 6 | **Cody Vogel, and Eileen Mullen (also a** | elangeland@langelandlaw.com |
| | **Movant in Case No. 3:23-cv-05147-EMC)** | |
| 7 | | **Attorneys for Plaintiff Thomas Vickery** |
| 8 | **Sorensen v. 23andMe, Inc.** | **Doe v. 23andMe, Inc.** |
| | (Case No. 3:23-cv-05677-EMC) | (Case No. 3:23-cv-05717-EMC) |
| 9 | **Northern District of California** | **Northern District of California** |
| 10 | M. Anderson Berry | ROBBINS GELLER RUDMAN |
| | Gregory Haroutunian | & DOWD LLP |
| 11 | Brandon P. Jack | Dorothy P. Antullis |
| | CLAYEO C. ARNOLD | Stuart A. Davidson |
| 12 | 865 Howe Avenue | Lindsey H. Taylor |
| | Sacramento, CA 95825 | Nicolle B. Brito |
| 13 | Telephone: (916) 239-4778 | Alexander C. Cohen |
| 14 | Facsimile: (916) 924-1829 | Nicolle B. Brito |
| | aberry@justice4you.com | 225 NE Mizner Boulevard, Suite 720 |
| 15 | gharoutunian@justice4you.com | Boca Raton, FL 33432 |
| | bjack@justice4you.com | Telephone: 561/750-3000 |
| 16 | | 561/750-3364 (fax) |
| 17 | William B. Federman | DAntullis@rgrdlaw.com |
| | FEDERMAN & SHERWOOD | NBrito@rgrdlaw.com |
| 18 | 10205 N. Pennsylvania Ave. | LTaylor@rgrdlaw.com |
| | Oklahoma City, OK 73120 | ACohen@rgrdlaw.com |
| 19 | -and212 W. Spring Valley Road | SDavidson@rgrdlaw.com |
| | Richardson, Texas 75081 | |
| 20 | Telephone: (405) 235-1560 | THE GRANT LAW FIRM, PLLC |
| | Facsimile: (405) 239-2112 | Lynda J. Grant |
| 21 | wbf@federmanlaw.com | lgrant@grantfirm.com |
| 22 | | 521 Fifth Avenue, 17th Floor |
| | **Attorneys for Plaintiff Brianna Sorensen** | New York, NY 10175 |
| 23 | | Telephone: 212/292-4441 |
| | | 212/292-4442 (fax) |
| 24 | | |
| 25 | | LONGMAN LAW, P.C. |
| | | Howard T. Longman |
| 26 | | HLongman@Longman.Law |
| | | 354 Eisenhower Parkway, Suite 1800 |
| 27 | | Livingston, NJ 07039 |
| | | Telephone: 973/994-2315 |
| 28 | | 973/994-2319 (fax) |

| | |
|---|---|
| | **Attorneys for John Doe** |
| **Dube v. 23andMe, Inc.** | **Andrizzi v. 23andMe, Inc.** |
| (Case No. 3:23-cv-05768-EMC) | (Case No. 3:23-cv-05198-EMC) |
| **Northern District of California** | **Northern District of California** |
| John J. Nelson | Daniel Srourian, Esq. |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC | SROURIAN LAW FIRM, P.C. |
| 402 W. Broadway, Suite 1760 | 3435 Wilshire Blvd., Suite 1710 |
| San Diego, CA 92101 | Los Angeles, California 90010 |
| Telephone: (858) 209-6941 | Telephone: (213) 474-3800 |
| Fax: (858) 209-6941 | Facsimile: (213) 471-4160 |
| Email: jnelson@milberg.com | Email: daniel@slfla.com |
| | |
| Jason P. Sultzer, Esq. | **Attorneys for Plaintiff Michelle Andrizzi** |
| 270 Madison Avenue, Suite 1800 | |
| New York, NY 10016 | |
| Tel: (845) 483-7100 | |
| Fax: (888) 749-7747 | |
| sultzerj@thesultzerlawgroup.com | |
| | |
| Charles E. Schaffer, Esq. | |
| LEVIN SEDRAN & BERMAN | |
| 510 Walnut Street, Suite 500 | |
| Philadelphia, PA 19106 | |
| Tel: 215-592-1500 | |
| cschaffer@lfsblaw.com | |
| | |
| **Attorneys for Plaintiff Briana Dube** | |
| **Molina v. 23andMe, Inc.** | **Scott v. 23andMe Holding Co., 23andMe, Inc.** |
| (Case No. 3:23-cv-05779-EMC) | (Case No. 3:23-cv-5980-LB) |
| **Northern District of California** | **Northern District of California** |
| | |
| Daniel E. Barenbaum | LEXINGTON LAW GROUP |
| Christina M. Sarraf | Mark N. Todzo |
| 425 California Street, Suite 2300 | Meredyth L. Merrow |
| San Francisco, CA 94104 | 503 Divisadero Street |
| Telephone: (415) 433-3200 | San Francisco, CA 94117 |
| Facsimile: (415) 433-6382 | Telephone: (415) 913-7800 |
| Email: dbarenbaum@bermantabacco.com | Facsimile: (415) 759-4112 |
| csarraf@bermantabacco.com | mtodzo@lexlawgroup.com |
| | mmerrow@lexlawgroup.com |
| Patrick T. Egan | |
| Steven J. Buttacavoli | Joseph P. Guglielmo |
| BERMAN TABACCO | Carey Alexander |
| One Liberty Square | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| Boston, MA 02109 | The Helmsley Building |
| Telephone: (617) 542-8300 | |
| Facsimile: (617) 542-1194 | |

| | | |
|---|---|---|
| 1 | Email: pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com<br>**Attorneys for Plaintiff Brandon Molina** | 230 Park Avenue, 17th Floor<br>New York, NY 10169-1820<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br><br>**Attorneys for Plaintiff Tracy Scott, Anna Daveiga, and Emily Beale** |
| 6 | **Ioffe v. 23andMe, Inc.**<br>(Case No. 5:23-cv-06205-NC)<br>**Northern District of California**<br><br>SCHUBERT JONCKHEER & KOLBE LLP<br>Robert C. Schubert<br>rschubert@sjk.law<br>Amber L. Schubert<br>aschubert@sjk.law<br>2001 Union St, Ste 200<br>San Francisco, CA 94123<br>Tel: (415) 788-4220<br>Fax: (415) 788-0161<br><br>**Attorneys for Plaintiff Polina Ioffe** | **Rivers v. 23andMe Holding Co., 23andMe, Inc.**<br>(Case No. 4:23-cv-06481-DMR)<br>**Northern District of California**<br><br>AZRA MEHDI (SBN 220406)<br>azram@themehdifirm.com<br>The Mehdi Firm, PC<br>95 Third Street<br>2nd Floor No. 9122<br>San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880<br><br>John C. Herman<br>jherman@hermanjones.com<br>Candace N. Smith<br>csmith@hermanjones.com<br>HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: (404) 504-6500<br>Facsimile: (404) 504-6501<br><br>**Attorneys for Plaintiff Kristen Rivers and V.R. Rivers** |
| 20 | **Ryan v. 23andMe Inc.**<br>(Case No. 3:23-cv-5968-CRB)<br>**Northern District of California**<br><br>GLANCY PRONGAY & MURRAY LLP<br>Marc L. Godino<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 432-1495<br>Email: mgodino@glancylaw.com<br><br>Brian P. Murray<br>GLANCY PRONGAY & MURRAY LLP | **Dhaman Gill v. 23andMe, Inc.**<br>(Case No. 8:23-cv-02387-FWS-DFM)<br>**Central District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>REESE LLP<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br><br>George V. Granade<br>ggranade@reesellp.com<br>REESE LLP<br>8484 Wilshire Boulevard, Suite 515 |

| | | |
|---|---|---|
| 1 | 230 Park Avenue, Suite 358<br>New York, NY 10169 | Los Angeles, California 90211<br>Telephone: (310) 393-0070 |
| 2 | Tel: (212) 682-5340 | |
| 3 | Fax: (212)-884-0988<br>bmurray@glancylaw.com | Kevin Laukaitis<br>klaukaitis@laukaitislaw.com |
| 4 | | LAUKAITIS LAW LLC |
| 5 | LAW OFFICE OF PAUL C. WHALEN,<br>P.C. | 954 Avenida Ponce De Leon<br>Suite 205, #10518 |
| 6 | Paul C. Whalen<br>768 Plandome Road | San Juan, PR 00907<br>Telephone: (215) 789-4462 |
| 7 | Manhasset, NY 11030<br>Tel.: (516) 426-6870 | **Attorneys for Plaintiff Dhaman Gill** |
| 8 | paul@paulwhalen.com | |
| 9 | **Attorneys for Plaintiff Melissa Ryan** | |
| 10 | **Bacus v. 23andMe, Inc.**<br>(Case No. 1:23-cv-16828) | **Hu v. 23andMe, Inc.**<br>(Case No. 1:23-cv-17079) |
| 11 | **Northern District of Illinois** | **Northern District of Illinois** |
| 12 | Andrea Gold<br>Hassan A. Zavareei | Katrina Carroll<br>LYNCH CARPENTER, LLP |
| 13 | hzavareei@tzlegal.com<br>Glenn E. Chappell | 111 W. Washington St. Suite 1240<br>Chicago IL 60602 |
| 14 | gchappell@tzlegal.com<br>David W. Lawler | 312.750.1265<br>katrina@lcllp.com |
| 15 | dlawler@tzlegal.com | |
| 16 | Leora N. Friedman<br>lfriedman@tzlegal.com | Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN |
| 17 | TYCKO & ZAVAREEI LLP | LLC |
| 18 | 2000 Pennsylvania Avenue NW<br>Suite 1010 | 923 Fayette Street<br>Conshohocken, PA 19428 |
| 19 | Washington, D.C. 20006<br>Telephone: (202) 973-0900 | 610.234.6486<br>jjagher@fklmlaw.com |
| 20 | Facsimile: (202) 973-0950 | Michael E. Moskovitz<br>Nia-Imara Barberousse Binns |
| 21 | **Attorneys for Plaintiff Michele Bacus** | 100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069 |
| 22 | | 224.632.4506<br>mmoskovitz@fklmlaw.com |
| 23 | | nbinns@fklmlaw.com |
| 24 | | **Attorneys for Plaintiff Alyson Hu** |
| 25 | **Paddy et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06698-EMC) | **Picha v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06719-EMC) |
| 26 | **Northern District of California**<br>Laurence D. King | **Northern District of California**<br>Christopher L. Springer |
| 27 | Matthew B. George<br>Blair E. Reed | Cari Campen Laufenberg<br>Gretchen Freeman Cappio |
| 28 | KAPLAN FOX & KILSHEIMER LLP | KELLER ROHRBACK L.L.P |

-10-

| | |
|---|---|
| 1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br><br>Norman E. Siegel<br>J. Austin Moore<br>Brandi S. Spates<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>spates@stuevesiegel.com<br><br>**Attorneys for Plaintiff Claire Paddy and Neil Haven** | 801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>(805) 456-1496<br><br>**Attorneys for Plaintiff Cami Picha** |
| **In re: 23andMe, INC., Customer Data Security Breach Litigation**<br>(Case No. MDL 3098)<br>**Multidistrict Litigation**<br><br>Ian C. Ballon<br>GREENBERG TRAURIG, LLP<br>Ballon@gtlaw.com<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Tel: 650-289-7881; Fax: 650-462-7881<br><br>**Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.** | |

Dated: January 18, 2024              Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:     /s/ *Rachele R. Byrd*
              RACHELE R. BYRD

RACHELE R. BYRD
byrd@whafh.com
750 B Street, Suite 1820

San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:    619/234-4599

**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com

**ERIK H. LANGELAND, P.C.**
ERIK H. LANGELAND
733 Third Avenue, 16th Floor
New York, NY. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Attorneys for Plaintiff Thomas Vickery*